UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STANLEY SUTTON,<br><br>　　　　　Defendant. | Case No.  22cr1069-GPC<br><br>**AMENDED ORDER OF CRIMINAL FORFEITURE**<br><br>[ECF No. 67] |

On March 27, 2023, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of STANLEY SUTTON ("Defendant") in the following properties, pursuant to 18 U.S.C. §§ 2428, 2254, and 2253:

(1) computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct and

(2) the items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses for which Defendant was found guilty, including:

　　a. One (1) LG Cell Phone;

　　b. One (1) Samsung Galaxy Tablet Model# SM-T377t;

　　c. One (1) cell phone Samsung Galaxy;

　　d. One (1) blue backpack;

　　e. One (1) red duffle bag; and

f. One (1) black duffle bag.

For thirty (30) consecutive days ending on May 20, 2023, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G (4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

There were no potential third parties known to the United States to have alleged an interest in the forfeited properties; therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication, and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, as a result of Defendant's conviction on Count 1 of the Superseding Information and based upon the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of STANLEY SUTTON and any and all third parties in the following properties are hereby condemned, forfeited and vested in the United States of America pursuant to 18 U.S.C. §§ 2428, 2254, and 2253:

(1) computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct and

(2) the items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses has pled guilty, including:

a. One (1) LG Cell Phone;

b. One (1) Samsung Galaxy Tablet Model# SM-T377t;

c. One (1) cell phone Samsung Galaxy;

   d. One (1) blue backpack;

   e. One (1) red duffle bag; and

   f. One (1) black duffle bag.

  IT IS FURTHER ORDERED that costs incurred by Immigration and Customs Enforcement and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

  IT IS FURTHER ORDERED that the Immigration and Customs Enforcement shall dispose of the forfeited properties according to law.

  **IT IS SO ORDERED.**

Dated:  February 28, 2024

                _____
                Hon. Gonzalo P. Curiel
                United States District Judge